March 13, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

PRINCE KAMAL MALIK MUHAMMED-EL AKA TERRY JEROME BECK-EL,
Appellant

NO. 14-11-00388-CV             V.

KENNETH NEGBENEBOR, CYNTHIA D. TILLEY, AND MARK CLARKE,
Appellees

_____

This cause, an appeal from the judgment in favor of appellees, KENNETH NEGBENEBOR, CYNTHIA D. TILLEY, AND MARK CLARKE, signed February 10, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, PRINCE KAMAL MALIK MUHAMMED-EL AKA TERRY JEROME BECK-EL, to pay all costs incurred in this appeal. We further order this decision certified below for observance.